IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CONOCOPHILLIPS COMPANY                                    PLAINTIFF

VS.                    CASE NO 07-1111

TERRY M. HALLEY A/K/A MAX HALLEY
AND LINDA HALLEY                                          DEFENDANTS

## DEFAULT JUDGMENT

Plaintiff, ConocoPhillips Company, has filed a Motion for Default Judgment in the above styled and numbered matter. Plaintiff seeks an order of default against the Defendants, Terry M. Halley, a/k/a Max Halley and Linda Halley, for their failure to file an appearance, answer or otherwise plead to plaintiff's complaint against them. Defendants have not responded to Plaintiff's default judgment motion.

On November 16, 2007, Plaintiff, ConocoPhillips Company, filed a complaint against the Defendants, for breach of contract seeking damages in the amount of $496,881.93 with interest, attorney's fee, costs. Defendants did not file an appearance, answer or otherwise respond to Plaintiff's complaint. On January 30, 2008, the Clerk of the court entered a Default against the Defendants. Plaintiff now moves the Court to enter a Default Judgment against the Defendants in the amount prayed for in its complaint, $496,881.93 with interest, attorney's fee, and costs. Upon consideration, the Court finds that the Plaintiff's Motion for Default Judgment should be and is hereby **granted.**

IT IS THEREFORE, CONSIDERED ORDERED AND ADJUDGED, that Plaintiff, ConocoPhillips Company do have and recover of and from the Defendants, Terry

M. Halley, a/k/a/ Max Halley and Linda Halley, jointly and severally, judgment in the sum of $496,881.93 with interest as permitted by 28 USCA § 1961, attorney's fee in the sum of $5940.00 and costs of $662.80, for a total judgment in the sum of $503,484.73.

_____
Hon. Harry F. Barnes
United States District Judge

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAY 09 2008**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk